82,109-01



# BROCK THOMAS

### JUDGE, 338TH DISTRICT COURT
### HARRIS COUNTY CRIMINAL JUSTICE CENTER
### 1201 FRANKLIN, FLOOR
### HOUSTON, TEXAS 77002

**(713) 755-7774**

January 9, 2015

Mr. Able Acosta
able.acosta@txcourts.gov
Clerk, Texas Court of Criminal Appeals
P.O. Box 12308
Austin, TX 78711

Re: WR-82,109-01, In re Steven Ray Peace - Extension of Time

Dear Mr. Acosta:

On December 10, 2014, the Court of Criminal Appeals issued an order directing this Court to either file a response "by having the District Clerk submit the record on" Mr. Peace's habeas corpus application or to "resolve the issues set out in the order designating issues and then have the District Clerk submit the record on such application." The Court's response was to be submitted on or before January 9, 2015.

This Court signed Findings of Fact, Conclusions of Law and Order on today's date seeking to resolve the issues previously designated. The Clerk is in the process of preparing all the necessary items to be forwarded to the Court of Criminal Appeals. This Court is asking for additional 10 days to have all the necessary items compiled and submitted.

Thank you for your assistance in this matter.

Sincerely,

Brock Thomas

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 0 9 2015

Abel Acosta, Clerk